# ALABAMA COURT OF CRIMINAL APPEALS



February 7, 2025

**CR-2023-0120**
Tony Eugene Grimes v. State of Alabama (Appeal from Mobile Circuit Court: CC-87-1766.66 and CC-87-1767.66)

## NOTICE

You are hereby notified that on February 7, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk